UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALI SMITH,<br><br>                    Plaintiff,<br><br>- against -<br><br>PENGUIN RANDOM HOUSE LLC; BLACKIE BOOKS, SLU; and DOES 1 through 10 inclusive,<br><br>                    Defendants. | Case No. 1:21-cv-04597-JPC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Ali Smith ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses all claims against all defendants in the above captioned action with prejudice.

Defendants have neither answered Plaintiff's Complaint nor filed a Motion for Summary Judgment. Therefore, this matter may be dismissed without an Order of the Court. The parties shall bear their own attorneys' fees, expenses, and costs incurred in connection with the prosecution or defense of this action.

Dated: December 1, 2021                          Respectfully submitted,

                                                 **/s/ Ryan E. Carreon**
                                                 Ryan E. Carreon, Esq.
                                                 **HIGBEE & ASSOCIATES**
                                                 1504 Brookhollow Dr., Ste 112
                                                 Santa Ana, CA 92705-5418
                                                 (714) 617-8336
                                                 (714) 597-6559 facsimile
                                                 *Counsel for Plaintiff*